584 A.2d 242
STATE OF NEW JERSEY v. ALFRED SPURLOCK.

June 11, 1990.

Petition for certification denied.

584 A.2d 243
STATE OF NEW JERSEY v. HERMES RODRIGUEZ.

June 11, 1990.

Petition for certification denied.

584 A.2d 243
STATE OF NEW JERSEY v. IRVIN HERSHENBAUM.

June 11, 1990.

Petition for certification denied.

584 A.2d 243
CHILDREN'S SPECIALIZED HOSPITAL v. CITY OF
PATERSON, ETC.

June 11, 1990.

Petition for certification denied.